U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 17 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

---

CLARENDON AMERICA
INSURANCE COMPANY

versus                                                     CIVIL ACTION NO. 09-1974
                                                           JUDGE TOM STAGG
SOUTHERN STATES PLUMBING, INC.

---

## MEMORANDUM ORDER

Before the court is a motion to dismiss filed by the defendant, Southern States Plumbing, Inc. ("Southern States"). See Record Document 3. The issues contained in the motion to dismiss have previously been addressed by other judges in the Western District of Louisiana and venue has been found to be proper under almost identical circumstances. See Clarendon Nat'l Ins. Co. v. T.M.I. Enters., L.L.C., 2008 WL 3838025 (W.D. La. 2008), Clarendon Am. Ins. Co. v. B&S Equip. Co., Inc., 2007 WL 2711062 (W.D. La. 2007) and Clarendon Am. Ins. Co. v. Coastal Cargo Co., Inc., 2007 WL 3256616 (W.D. La. 2007). Based on these well-reasoned decisions and adopting the reasoning contained therein, the motion to dismiss is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana this the 17th day of February, 2010.

JUDGE TOM STAGG